MATILDA L. CORDTS, Individually and as Executrix of JOHN N. CORDTS, Deceased, et al., Appellants, *v.* THE HUTTON COMPANY et al., Respondents.

(Argued October 24, 1934; decided November 27, 1934.)

*William D. Cunningham* and *John J. Dillon* for appellants.

*Harry H. Flemming* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LOUGHRAN, J.